1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   CR 05-0272 VRW
14                                   )
                                     )
15           Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER CONTINUING STATUS**
16      v.                            )   **CONFERENCE RE: SUPERVISED**
                                     )   **RELEASE VIOLATION**
17  JOHN DEMUNCK,                    )
                                     )
18                                   )
             Defendant.              )
19  _____  )

20

21      This case is before the Court on the Probation Department's Form 12 alleging that

22  defendant John Demunck committed various supervised release violations. The parties and

23  Probation are currently negotiating a possible resolution of this matter that may also resolve the

24  question of whether additional supervised release violation charges are brought, and how to

25  address the possibility of additional criminal charges being brought for certain conduct that was

26  also charged as a supervised release violation. These negotiations will require further meetings

27  involving the government, the defense, and Probation. The parties ask the Court to continue the

28  status conference currently set for tomorrow, March 25, 2010, until ~~April 15, 2010, at 2:30~~ May 6, 2010 at 2:00 pm so

STIP. & [PROPOSED] ORDER RE: CONTINUANCE
CASE NO. CR 05-0272 VRW                  1

1  that the parties can pursue these negotiations before returning to the Court.  The parties have
2  contacted Probation Office Sharon Alberts about this continuance, and she has no objection to a
3  continuance until ~~April 15.~~  May 6, 2010.

5  SO STIPULATED:

6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                        /s/
8  DATED: March 24, 2010        _____
                                               OWEN P. MARTIKAN
9                                              Assistant United States Attorney

                                                        /s/
11 DATED: March 24, 2010        _____
12                                             ED SWANSON
                                               Attorney for John Demunck

14                          ~~[PROPOSED]~~ ORDER

15      Per the parties' stipulation and for good cause shown, the Court finds that the status
16 conference regarding the alleged supervised release violations in this case should be continued
17 from March 25, 2010, until **May 6, 2010 at 2:00 p.m.** ~~April 15, 2010, at 2:30~~ pm, so that the parties may pursue
18 negotiations regarding the resolution of this matter.

19      SO ORDERED.

21 DATED: 3/24/2010

                                    IT IS SO ORDERED
                                    Judge Vaughn R Walker

STIP. & [PROPOSED] ORDER RE: CONTINUANCE
CASE NO. CR 05-0272 VRW              2