Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JOHN DEMUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br>JOHN DEMUNCK,<br><br>          Defendant. | Case No. CR 05-0272 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE** |

  Defendant John Demunck, by and through Edward W. Swanson, and the United States of America, by and through Assistant United States Attorney Owen P. Martikan, hereby stipulate and agree as follows:

  1) A status conference in the above-captioned matter is currently scheduled for May 6, 2010 at 2:00 p.m.

  2) The parties are the in course of attempting to reach a negotiated settlement as to the supervised release violation allegations as well as a resolution to new criminal charges potentially arising from the underlying conduct. The parties have made progress towards resolution but require additional time.

  3) The parties therefore request that the status conference be rescheduled to May 27, 2010 at 2:00 p.m.

///

1      4)      United States Probation Officer Sharon Alberts has no objection to the requested
2  continuance.
3      IT IS SO STIPULATED.

4  Dated: May 3, 2010                                    /s/
5                                                Edward W. Swanson
                                                 SWANSON & McNAMARA LLP
6                                                Attorneys for JOHN DEMUNCK

7  Dated: May 3, 2010                                    /s/
8                                                Owen P. Martikan
                                                 Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2010

Hon. _____
Chief United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

**Stipulation and [Proposed] Order for Continuance**
*United States v. Demunck*, CR 05-0272 VRW        2